```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02279-RNO
Richard Allen Hahn                                                  Chapter 13
          Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-4          User: CGambini                Page 1 of 2          Date Rcvd: May 28, 2019
                              Form ID: 309I                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             Richard Allen Hahn,    132 Maple St,     Danville, PA 17821-1314
5203543        Chase Card,    PO Box 15369,    Wilmington, DE 19850-5369
5203546        Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
5203547        First Natl Bk of PA,    4140 E State St,     Hermitage, PA 16148-3401
5203539        Hahn Richard Allen,    132 Maple St,     Danville, PA 17821-1314
5203540        Law Offices of Jason P Provinzano LLC,     16 W Northampton St,    Wilkes Barre, PA 18701-1708
5203549        Mariner Finance,    8211 Town Center Dr,     Nottingham, MD 21236-5904
5203550        PA Sta Empcu,    PO Box 1006,    Harrisburg, PA 17108-1006
5203555        PSECU,   PO Box 67014,    Harrisburg, PA 17106-7014
5203552        PSECU,   PO Box 67012,    Harrisburg, PA 17106-7012
5203551        Phillips & Cohen ssociates, LTD,     1002 Justison St Stop 661,    Wilmington, DE 19801-5148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: MyLawyer@JPPLaw.com May 28 2019 19:20:00      Jason Paul Provinzano,
                Law Offices of Jason P. Provinzano, LLC,    16 W. Northampton Street,    Wilkes Barre, PA 18701
tr            +E-mail/Text: dehartstaff@pamd13trustee.com May 28 2019 19:20:44
                Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV May 28 2019 19:20:32       United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr            +EDI: PRA.COM May 28 2019 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5203541        EDI: BANKAMER.COM May 28 2019 23:03:00      Bank of America,    PO Box 982238,
                El Paso, TX 79998-2238
5203542        EDI: TSYS2.COM May 28 2019 23:03:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
5203544        EDI: WFNNB.COM May 28 2019 23:03:00      Comenitycb/boscov,    PO Box 182120,
                Columbus, OH 43218-2120
5203545        EDI: DISCOVER.COM May 28 2019 23:03:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
5203548       +E-mail/Text: bncnotices@becket-lee.com May 28 2019 19:20:10       Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5203553        E-mail/Text: bankruptcynotices@psecu.com May 28 2019 19:20:46       PSECU,   PO Box 67010,
                Harrisburg, PA 17106-7010
5203554        E-mail/Text: bankruptcynotices@psecu.com May 28 2019 19:20:47       PSECU,   PO Box 67013,
                Harrisburg, PA 17106-7013
5203556        E-mail/Text: bankruptcyteam@quickenloans.com May 28 2019 19:20:43       Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
5203558        EDI: RMSC.COM May 28 2019 23:03:00      Syncb/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
5203557        EDI: RMSC.COM May 28 2019 23:03:00      Syncb/oldnavydc,    PO Box 965005,
                Orlando, FL 32896-5005
5203648       +EDI: RMSC.COM May 28 2019 23:03:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
5203559        EDI: WTRRNBANK.COM May 28 2019 23:03:00      Td Bank USA/Targetcred,    PO Box 673,
                Minneapolis, MN 55440-0673
                                                                                             TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:

```
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
           Jason Paul Provinzano    on behalf of Debtor 1 Richard Allen Hahn MyLawyer@JPPLaw.com,
            G17727@notify.cincompass.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Richard Allen Hahn** | | Social Security number or ITIN | **xxx–xx–4868** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed for chapter 13 | **5/25/19** |
| Case number: | **4:19–bk–02279–RNO** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Allen Hahn | |
| 2. | **All other names used in the last 8 years** | aka Richard A. Hahn, aka Richard Hahn | |
| 3. | **Address** | 132 Maple St<br>Danville, PA 17821–1314 | |
| 4. | **Debtor's attorney**<br>Name and address | Jason Paul Provinzano<br>Law Offices of Jason P. Provinzano, LLC<br>16 W. Northampton Street<br>Wilkes Barre, PA 18701 | Contact phone (570) 822–5771<br>Email: MyLawyer@JPPLaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566–6097<br>Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>197 S Main St, Wilkes–Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone 570–831–2500/717–901–2800<br>Date: 5/28/19 |

**For more information, see page 2**

Official Form 309I                      **Notice of Chapter 13 Bankruptcy Case**                                page 1

Case 4:19-bk-02279-RNO    Doc 14    Filed 05/30/19    Entered 05/31/19 01:09:32    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 27, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Location:**<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/26/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/3/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/21/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |