```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02279-RNO
Richard Allen Hahn                                                  Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-4          User: KADavis              Page 1 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: ntcnfhrg          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db              Richard Allen Hahn,    132 Maple St,    Danville, PA 17821-1314
5203541        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
5213384        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5203542         Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
5203543         Chase Card,    PO Box 15369,    Wilmington, DE 19850-5369
5203546         Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
5203547         First Natl Bank of PA,    4140 E State St,    Hermitage, PA 16148-3401
5203539         Hahn Richard Allen,    132 Maple St,    Danville, PA 17821-1314
5214522        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5203540         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5203549         Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5203550         PA Sta Empcu,    PO Box 1006,    Harrisburg, PA 17108-1006
5203552         PSECU,    PO Box 67012,    Harrisburg, PA 17106-7012
5203555         PSECU,    PO Box 67014,    Harrisburg, PA 17106-7014
5203551         Phillips & Cohen ssociates, LTD,    1002 Justison St Stop 661,    Wilmington, DE 19801-5148
5203559         Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2019 19:56:28
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5203544         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2019 19:52:19      Comenitycb/boscov,
                 PO Box 182120,    Columbus, OH 43218-2120
5207442        +E-mail/Text: mrdiscen@discover.com Jul 01 2019 19:51:20      Discover Bank,
                 Discover Product Inc,    PO BOX 3025,    New Albany, OH 43054-3025
5203545         E-mail/Text: mrdiscen@discover.com Jul 01 2019 19:51:20      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
5203548        +E-mail/Text: bncnotices@becket-lee.com Jul 01 2019 19:52:02      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
5214235         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2019 19:56:31      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5203553         E-mail/Text: bankruptcynotices@psecu.com Jul 01 2019 19:53:00      PSECU,    PO Box 67010,
                 Harrisburg, PA 17106-7010
5203554         E-mail/Text: bankruptcynotices@psecu.com Jul 01 2019 19:53:00      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
5203556         E-mail/Text: bankruptcyteam@quickenloans.com Jul 01 2019 19:52:48      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
5213244        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 01 2019 19:52:48      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
5203558         E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:56:21      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
5203557         E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:55:49      Syncb/oldnavydc,    PO Box 965005,
                 Orlando, FL 32896-5005
5203648        +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2019 19:55:49      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Richard Allen Hahn MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Richard Allen Hahn,
aka Richard A. Hahn, aka Richard Hahn,

**Debtor 1**

Chapter 13

Case No. 4:19−bk−02279−RNO

# Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: September 20, 2019 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR 228 Walnut St,Rm320,Harrisburg, PA 17101 570−831−2500/717−901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KADavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 1, 2019 |

ntcnfhrg (03/18)