UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RICHARD ALLEN HAHN a/k/a RICHARD HAHN a/k/a RICHARD A. HAHN | : CHAPTER 13 |
| Debtor | : |
| | : |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : |
| Movant | : |
| | : |
| vs. | : |
| | : CASE NO. 4-19-bk-02279 |
| RICHARD ALLEN HAHN a/k/a RICHARD HAHN a/k/a RICHARD A. HAHN | : MOTON TO DIMISS FOR : FAILURE TO MAKE PLAN |
| Respondent | : PAYMENTS |

<u>ORDER</u>

Upon consideration of the Trustee's Motion to Dismiss for Failure to Make Payments,

IT IS HEREBY ORDERED that the above-captioned bankruptcy is dismissed.