In re:                          Case No. 19-02279-MJC

Richard Allen Hahn         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: AutoDocke        Page 1 of 3

Date Rcvd: Aug 19, 2021      Form ID: pdf010      Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Richard Allen Hahn, 132 Maple St, Danville, PA 17821-1314 |
| 5203541 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5213384 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5203542 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5222470 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5203546 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5203547 | | First Natl Bank of PA, 4140 E State St, Hermitage, PA 16148-3401 |
| 5203539 | | Hahn Richard Allen, 132 Maple St, Danville, PA 17821-1314 |
| 5214522 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5203540 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5203549 | | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5203550 | | PA Sta Empcu, PO Box 1006, Harrisburg, PA 17108-1006 |
| 5203552 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 5203555 | | PSECU, PO Box 67014, Harrisburg, PA 17106-7014 |
| 5203551 | | Phillips & Cohen ssociates, LTD, 1002 Justison St Stop 661, Wilmington, DE 19801-5148 |
| 5203559 | | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 5233267 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 19 2021 18:43:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5203544 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 19 2021 18:38:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5207442 | + | Email/Text: mrdiscen@discover.com | Aug 19 2021 18:38:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5203545 | | Email/Text: mrdiscen@discover.com | Aug 19 2021 18:38:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5203543 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 19 2021 18:43:46 | Chase Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5203548 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 19 2021 18:38:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5214235 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 18:53:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5231207 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 19 2021 18:53:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5203553 | | Email/Text: bankruptcynotices@psecu.com | Aug 19 2021 18:38:00 | PSECU, PO Box 67010, Harrisburg, PA |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 17106-7010 |
| 5203554 | | Email/Text: bankruptcynotices@psecu.com | Aug 19 2021 18:38:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5227903 | | Email/Text: bnc-quantum@quantum3group.com | Aug 19 2021 18:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5203556 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 19 2021 18:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5213244 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 19 2021 18:38:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5203558 | | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 18:53:53 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5203557 | | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 18:53:53 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 5203648 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 18:53:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5231238 | + | Email/Text: bncmail@w-legal.com | Aug 19 2021 18:38:00 | TD BANK USA, N.A., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5228080 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 19 2021 18:54:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| James Peter Valecko | on behalf of Creditor PSECU jvalecko@weltman.com PitEcf@weltman.com |

| | |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 1 Richard Allen Hahn MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RICHARD ALLEN HAHN a/k/a RICHARD HAHN a/k/a RICHARD A. HAHN<br>　Debtor | : CHAPTER 13<br>:<br>:<br>: |
| | JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE<br>　Movant | :<br>:<br>:<br>: |
| | vs. | :<br>: CASE NO. 4-19-bk-02279 |
| | RICHARD ALLEN HAHN a/k/a RICHARD HAHN a/k/a RICHARD A. HAHN<br>　Respondent | :<br>: MOTON TO DIMISS FOR<br>: FAILURE TO MAKE PLAN<br>: PAYMENTS |

<u>ORDER</u>

Upon consideration of the Trustee's Motion to Dismiss for Failure to Make Payments after Notice and an opportunity for a hearing,

IT IS HEREBY ORDERED that the above-captioned bankruptcy is dismissed.

Dated: August 19, 2021　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Mark J. Conway, Bankruptcy Judge　(PAR)